# In the United States District Court for the Southern District of Georgia
## Waycross Division

PEDRO JOAQIN ROMERO DIAZ,

    Petitioner,

v.

GEORGE STERLING, et al.,

    Respondents.

CV 525-106

### ORDER

Before the Court is Petitioner's Motion for Voluntary Dismissal, no. 2, wherein he notifies the Court that he wishes to withdraw his petition for Writ of Habeas Corpus. The motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment); see also Webb v. Jones, No. 5:18cv176, 2019 WL 587920, at *1 (N.D. Fla. Jan. 10, 2019) (noting that habeas petitioners may avail themselves of Rule 41(a)(1)). Accordingly, the motion is **GRANTED**, and all claims asserted in this action are **DISMISSED** without prejudice. The Clerk is **DIRECTED** to close this case.

SO ORDERED, this 20 day of October, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA